UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:

Tharon Bradley,

       Debtor

Chapter 13
Case No. 18-16173

Honorable Judge A. Benjamin Goldgar

## NOTICE OF FILING

TO:    Tharon Bradley, 4600 Blarney Dr, Matteson, IL 60443, *Via regular mail*
Timothy P Mazur, 20 S. Clark Suite 2800, Chicago, IL 60603, Debtor's *attorney, Via electronic mail through ECF*
Marilyn O Marshall, 224 S. Michigan, Ste 800, Chicago, IL 60604. *Via electronic mail through ECF*
Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873 Office of the U.S. Trustee, *U.S. Trustee, Via electronic mail through ECF*

The above named persons shall take note that on July 17, 2018, an Objection to Confirmation of Debtor's Chapter 13 Plan was electronically filed with the Clerk of the US Bankruptcy Court for the Northern District of Illinois, a copy is attached hereto.

## CERTIFICATION

I, Rocio Herrera, certify that I served a copy of this Notice and Objection to the addresses attached by electronic notice through ECF, or by placing same in an envelope addressed as shown above and depositing same First Class Mail, postage prepaid in the mailbox located at 105 W. Adams Street, Chicago, Illinois 60603, this 17th, day of July, 2018.

/s/Rocio Herrera
Attorney number 6303516
NOONAN & LIEBERMAN, LTD.
105 W. Adams, Suite 1800
Chicago, Illinois 60603
(312)431-1455
N&L# 1353-323