UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-16173 |
| | ) | |
| Tharon Bradley, | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

**ORDER TO REDACT**

Pursuant to section II.A.4.b. of the Administrative Procedures for the Case Management/Electronic Case Filing System, the motion to redact personal information filed by Ally Financial is granted.

The clerk is directed to substitute the redacted document(s) in place of the unredacted document(s), (Re: Proof of Claim No. 1-1), originally filed.

Enter:

*[signature]*

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: **0 6 AUG 2018**

**Prepared by counsel of Movant:**