# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re: )
    Tharon Bradley, )   Case No.    18 B 16173
 )   Hon. Judge A. Benjamin Goldgar
 )
 )   Chapter 13
 )

TO:    Marilyn Marshall, 224 S. Michigan Ave. Suite 800, Chicago, IL 60604;

Bayview Loan Servicing, LLC, c/o Rocio Herrera, Noonan & Lieberman Ltd, 105 W Adams St, Suite 1800, Chicago, IL 60603, via certified mail;

U.S. Bank National Association, as Trustee for HarborView Mortgage Loan Trust 06-00004, Mortgage Loan Pass-Through Certificates, Series 06-00004, c/o Dana N O'Brien, McCalla Raymer Pierce, LLC, 1 N Dearborn Street, Suite 1200 Chicago, IL 60602, via certified mail;

Ally Financial Inc. f/k/a GMAC Inc., c/o James M Philbrick, Law Offices of James M. Philbrick, P.C., P. O. Box 351, Mundelein, IL 60060, via certified mail;

See attached service list.

## **PROOF OF SERVICE**

    The undersigned, an attorney, certifies that she transmitted a copy of this notice and the attached Amended Chapter 13 Plan to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on August 23, 2018.


/s/ *Angelica Harb*
Attorney for Debtor

The Semrad Law Firm, LLC
20 South Clark Street
28th Floor
Chicago, IL 60603
(312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-16173<br>Northern District of Illinois<br>Chicago<br>Thu Aug 23 07:12:42 CDT 2018 | U.S. Bank National Association, as Trustee<br>P.O Box 619096<br>Dallas, TX 75261-9096 | Ally Financial Inc. f/k/a GMAC Inc.<br>PO Box 130424<br>Roseville, MN 55113-0004 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | ALLY FINANCIAL<br>c/o: C T Corporation System<br>208 So Lasalle St, Suite 814<br>Chicago, IL 60604-1101 |
| Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 | CAPITAL ACCOUNTS<br>Po Box 140065<br>Nashville, TN 37214-0065 | CAPITALONE<br>c/o Pollack & Rosen, P.C<br>1825 Barrett Lakes Blvd Suite 510<br>Kennesaw, GA 30144-7519 |
| CREDMGMTCNTL<br>P.O. BOX 1654<br>GREEN BAY, WI 54305-1654 | Capital One<br>POB 30253<br>Salt Lake City UT 84130-0253 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| City of Chicago - Dept. of Finance<br>333 S State Street, Suite 330<br>Chicago, IL 60604-3965 | City of Chicago Dept. of Finance<br>POB 88292<br>Chicago IL 60680-1292 | City of Country Club Hills<br>PO Box 7690<br>Carol Stream, IL 60197-7690 |
| FIRST PREMIER BANK<br>c/o Jefferson Capital Systems LLC PO Box<br>c/o Linda Dold<br>Saint Cloud, MN 56302 | First Premier Bank<br>Jefferson Capital Systems<br>c/o Kelly Lukason<br>Saint Cloud MN 56302 | HARRIS & HARRIS LTD<br>222 Merchandise Mart Plaza, Suite 1900<br>Chicago, IL 60654-1421 |
| Harris & Harris LTD<br>111 W Jackson Blvd<br>S-400<br>Chicago IL 60604-4135 | I C SYSTEM<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Liberty Mutual Insurance Company<br>100 Liberty Way<br>Dover NH 03820-4597 | Liberty Mutual Insurance Company<br>PO Box 970<br>Mishawaka, IN 46546-0970 | Linebarger Goggan Blair & Samplson, LLP<br>233 S WACKER #4030<br>Chicago, IL 60606-6379 |
| Linebarger Goggan Blair & Sampslson LLP<br>POB 11861<br>Miami FL 33101-1861 | Lisa Grant Orthodontics<br>18243 Harwood Ave<br>Homewood, IL 60430-2149 | Miami-Dade County Clerk of the Courts<br>22 NW First Street<br>Miami, FL 33128-1847 |
| NATIONAL CREDIT ADJUST<br>327 W 4TH AVE<br>HUTCHINSON, KS 67501-4842 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 |

| | | |
|---|---|---|
| Noonan & Lieberman LTD<br>105 W. Adams<br>#1800<br>Chicago, IL 60603-6235 | Olympia Fields Municipal<br>20040 governers Drive #1<br>Olympia Fields, IL 60461-1096 | Pinnacle Pain Management Specialist<br>25833 Network Place<br>Chicago, IL 60673-1258 |
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | RMP LLC<br>1809 N Broadway St<br>Greensburg, IN 47240-8217 | RMP LLC<br>2350 E Devon<br>Des Plaines IL 60018 |
| Shapiro Kreisman & Associated<br>2121 Waukegan Rd<br>Ste. 301<br>Bannockbum, IL 60015-1831 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | The Miller Law firm PC<br>1051 Perimeter Drive, Suite 400<br>Schaumburg, IL 60173-5853 |
| Thomas Crooks<br>70 W Madison St Ste 1950<br>Chicago, IL 60602-4298 | U.S. Bank National Association<br>C/O McCalla Raymer Leibert Pierce, LLC<br>1 N Dearborn Ave, Suite 1200<br>Chicago, IL 60602-4337 | UChicago Medicine Ingalls Memorial<br>P.O. Box 2090<br>Morrisville, NC 27560-2090 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Village of Matteson<br>4900 Village Commons<br>Matteson IL 60443-2666 | Village of Matteson<br>Po Box 6279<br>Carol Stream, IL 60197-6279 |
| Angelica Harb<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603-1811 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Tharon Bradley<br>4600 Blarney Dr<br>Matteson, IL 60443-1888 | Timothy P Mazur<br>THE SEMRAD LAW FIRM, LLC<br>20 S. Clark Suite 2800<br>Chicago, IL 60603-1811 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Nationstar Mortgage LLC<br>Bankruptcy Department<br>P.O Box 619096<br>Dallas, TX 75261-9741 | US Bank NA<br>c/o Colleen Reyna<br>POB 5229<br>Cincinnati OH 45201 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BAYVIEW LOAN SERVICING, LLC

End of Label Matrix
Mailable recipients   49
Bypassed recipients    1
Total                 50