UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:

Tharon Bradley

Case No. 18-16173
Honorable A. Benjamin Goldgar
Chapter 13

## AGREED ORDER ALLOWING ATTORNEY FEES

At Chicago, Illinois, this 28th day of August 2018, before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, in the said District and Division.

This matter coming on for hearing upon the objection of Ally Financial, to confirmation of the Debtor's Chapter 13 Plan, due notice being served on the parties in interest; the Court having jurisdiction and being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that Ally Financial shall be allowed attorney fees in the amount of $500.00 pursuant to Illinois State law, the retail installment contract dated June 20, 2015, for the 2012 CADILLAC ESCALADE, VIN: 1GYS4DEF2CR181243 and in compliance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure without further notice of hearing. That Ally Financial shall be allowed to add the allowed attorney fees of $500.00 to the account to be paid directly by the Debtor.

IT IS FURTHER ORDERED that Part 8.1 of the Debtor's confirmed plan is amended to provide that the Debtor shall remain in full compliance pursuant to the underlying retail installment contract for the 2012 CADILLAC ESCALADE, VIN: 1GYS4DEF2CR181243, including payments, with Ally Financial, including monthly payments, interest, late charges and attorney's fees and, therefore, the discharge language pursuant to Section 1328 of the Bankruptcy Code does not apply to that debt owed to Ally Financial, and that Ally Financial shall retain its lien on the 2012 CADILLAC ESCALADE, VIN: 1GYS4DEF2CR181243 until such time as the retail installment contract has been fully satisfied.

DATE: **2 8 AUG 2018**

ENTER:

_____
Bankruptcy Judge

/s/ James M. Philbrick
**James M. Philbrick**
Attorney for **Ally Financial**
Attorney No. 6244743
Law Offices of James M. Philbrick P.C.
P.O. Box 351
Mundelein, Illinois 60060
847/949-5290

Attorney for Debtor   Angelica Harb