Form G5 (20170105_bko)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| In Re:<br>Tharon Bradley<br><br><br><br>Debtor(s) | ) ) ) ) ) ) ) ) | BK No.: 18-16173<br><br>Chapter: 13<br>Honorable A. Benjamin Goldgar |

**AGREED ORDER** *DECLARING DEBT NON-DISCHARGEABLE, LIFTING THE STAY, and AMENDING THE PLAN*

It Is Hereby Ordered:

Bayview Loan Servicing, LLC ("Bayview") holds a long term secured debt, secured by real property commonly known as 18601 South Cicero Avenue, Country Club Hills, IL 60478 (the, "Cicero Property"). The debt owed to Bayview is a non-dischargeable debt under this chapter 13 case. The debt owed to Bayview Loan ~~is not treated under this plan and~~ shall be paid directly to Bayview *outside of the plan*. Immediately upon confirmation, the 11 U.S.C. § 362 automatic stay and 11 U.S.C. §1301 codebtor stay shall be modified as the Cicero Property such that Bayview or its successor's and assignee's may foreclose, evict and pursue other remedies available in state court under the mortgage and the note.

Dated: **2 8 AUG 2018**

Enter:

/s/ A. Benjamin Goldgar
Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

**Prepared by:**
The Semrad Law Firm
20 S. Clark 28th Floor
Chicago, IL 60603