**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO 18 B 10345 et al |
| Leontyne Austin ) | |
|     And Attached list of cases ) | |
| ) | |
| ) | |

**AGREED SUBSTITUTION OF ATTORNEY**

**AGREED NOTICE OF SUBSTITUTION OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL PURSUANT TO LOCAL RULE 2091-1**

PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, Angelica Harb and Brenda Likavec hereby agree to substitute the appearance of Angelica Harb for Brenda Likavec and withdraw the appearance of Angelica Harb for the above case AND the attached list of cases, as follows:

**COUNSEL APPEARANCE WITHDRAWN:**      **COUNSEL SUBSTITUTING AND APPEARING:**
Angelica Harb     Brenda Likavec
The Semrad Law Firm, LLC     The Semrad Law Firm, LLC
20 S Clark 28th Floor     20 S Clark 28th Floor
Chicago IL 60603     Chicago IL 60603

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES.\*\***

    AGREED TO BY BOTH PARTIES:

/s/ Angelica Harb     /s/ Brenda Likavec

RESPECTFULLY SUBMITTED
/s/ Brenda Likavec
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago IL 60603
312-913-0625

| | | | |
|---|---|---|---|
| 18-10345 | Leontyne Austin | 13 | 04/09/18 |
| 18-10375 | John McElroy | 13 | 04/10/18 |
| 18-10468 | Khardria Williams | 13 | 04/10/18 |
| 18-10502 | Javiair X Poole | 7 | 04/11/18 |
| 18-10529 | Eduardo Marchan | 13 | 04/11/18 |
| 18-10545 | Jalesa D Glover | 13 | 04/11/18 |
| 18-10622 | Dwayne M Mangrum | 13 | 04/11/18 |
| 18-10624 | Ruby Dear | 13 | 04/11/18 |
| 18-10757 | Michelle D McRuffus | 13 | 04/12/18 |
| 18-10785 | Keith Barnes | 13 | 04/13/18 |
| 18-10818 | Vivian Nunley | 13 | 04/13/18 |
| 18-10849 | Paulette Perry | 13 | 04/13/18 |
| 18-10927 | Rahsaan D Muhammad | 13 | 04/13/18 |
| 18-10929 | Erica Jarrett | 13 | 04/13/18 |
| 18-10939 | David A Mitchell, Jr | 13 | 04/14/18 |
| 18-10979 | Nathaniel O Bonds | 13 | 04/16/18 |
| 18-11000 | Bonjovi Davenport | 13 | 04/16/18 |
| 18-11152 | Aremeana Jones | 13 | 04/17/18 |
| 18-11224 | Mary Walker | 13 | 04/17/18 |
| 18-11226 | Timothy Jones | 13 | 04/17/18 |
| 18-11316 | David Logan | 13 | 04/18/18 |
| 18-11444 | Howard Hughes | 13 | 04/19/18 |
| 18-11646 | Robert Marshall, Jr | 13 | 04/20/18 |
| 18-11677 | Vera Hill | 13 | 04/20/18 |
| 18-11798 | James Gates | 13 | 04/23/18 |
| 18-11847 | Francis M Smolen | 13 | 04/23/18 |
| 18-12059 | Ralph Ramey, III | 13 | 04/25/18 |
| 18-12090 | Candace Sofiya Beverly | 13 | 04/25/18 |

| | | | |
|---|---|---|---|
| 18-12132 | Ramon L Torres, Jr | 13 | 04/25/18 |
| 18-12156 | Daniel Cannon | 13 | 04/25/18 |
| 18-12158 | Damone Smith | 13 | 04/25/18 |
| 18-12307 | Monica Gandy | 13 | 04/26/18 |
| 18-12335 | Roger A Garland | 13 | 04/26/18 |
| 18-12353 | Deion Sanders | 13 | 04/27/18 |
| 18-12386 | Crystal Clay | 13 | 04/27/18 |
| 18-12479 | Andrea Dent | 13 | 04/27/18 |
| 18-12486 | Rahsaan Walker | 13 | 04/27/18 |
| 18-12682 | Jeromey L Randle | 13 | 04/30/18 |
| 18-12689 | Oscar Rivera | 13 | 04/30/18 |
| 18-12726 | Michael G Freemon | 13 | 04/30/18 |
| 18-12793 | Julian D Martin | 13 | 05/01/18 |
| 18-12887 | Michelle Overstreet | 13 | 05/02/18 |
| 18-12918 | Felicia D Parker | 13 | 05/02/18 |
| 18-12951 | Shazelle L. Heard | 13 | 05/02/18 |
| 18-12984 | Annette Donley | 13 | 05/03/18 |
| 18-13028 | Karen Ott | 13 | 05/03/18 |
| 18-13090 | Lashanti S Robinson | 13 | 05/03/18 |
| 18-13133 | Antoine Nicholas | 13 | 05/04/18 |
| 18-13156 | Scherronda Thomas | 13 | 05/04/18 |
| 18-13219 | Shirley J Neal | 13 | 05/04/18 |
| 18-13242 | Joseph G Williams, Sr and Jasmine J Williams | 13 | 05/05/18 |
| 18-13304 | Natalie Flores | 13 | 05/07/18 |
| 18-13385 | Oliver Holt | 13 | 05/07/18 |
| 18-13409 | Yolanda Ferguson and Isaiah Ferguson | 13 | 05/08/18 |
| 18-13422 | Tekia D Patterson | 13 | 05/08/18 |

| | | | |
|---|---|---|---|
| 18-13505 | Sade Tillman | 13 | 05/08/18 |
| 18-13525 | Reginald Blue | 13 | 05/08/18 |
| 18-13529 | Carlton Clark | 13 | 05/08/18 |
| 18-13568 | Adrian D. Canada | 13 | 05/09/18 |
| 18-13747 | Jeanette Gayden | 13 | 05/10/18 |
| 18-13908 | Tonoa Anderson | 13 | 05/11/18 |
| 18-13915 | Loretta Mitchell | 13 | 05/11/18 |
| 18-13961 | Valerie N. Wheat | 13 | 05/14/18 |
| 18-14002 | John V Gary | 13 | 05/14/18 |
| 18-14232 | Brian Mayes | 13 | 05/16/18 |
| 18-14250 | David Garcia | 13 | 05/16/18 |
| 18-14298 | Marcus Reynolds | 13 | 05/16/18 |
| 18-14323 | Candace Clark | 13 | 05/16/18 |
| 18-14361 | Floyd O Townsend | 13 | 05/17/18 |
| 18-14381 | Kellye Gayten | 13 | 05/17/18 |
| 18-14448 | Jasmine Moore | 13 | 05/17/18 |
| 18-14586 | Nicholas Hughes | 13 | 05/18/18 |
| 18-14588 | James Gore, Sr | 13 | 05/18/18 |
| 18-14683 | Willie O. Payne | 13 | 05/21/18 |
| 18-14889 | Berlyn Richardson | 13 | 05/22/18 |
| 18-14950 | Bernadine Jackson | 13 | 05/23/18 |
| 18-14953 | Donald Ragland | 13 | 05/23/18 |
| 18-14988 | Stacey D Griffin | 13 | 05/23/18 |
| 18-15043 | Nitika L Levi | 13 | 05/24/18 |
| 18-15119 | Maulid D Abdurhman | 13 | 05/24/18 |
| 18-15272 | Lisa Morton | 13 | 05/25/18 |
| 18-15283 | Samuel L. Crawford, Jr | 13 | 05/25/18 |
| 18-15351 | Laduane D Curry | 13 | 05/29/18 |

| | | | |
|---|---|---|---|
| 18-15391 | Erica A White | 13 | 05/29/18 |
| 18-15489 | Curtis Clemons | 13 | 05/30/18 |
| 18-15575 | Alejandra Gutierrez | 13 | 05/30/18 |
| 18-15592 | Terry Mosby | 13 | 05/30/18 |
| 18-15648 | Tomeeka T Bounds | 13 | 05/31/18 |
| 18-15778 | Lashonta Charles | 13 | 05/31/18 |
| 18-15910 | Michelle L Fitzpatrick | 13 | 06/01/18 |
| 18-16015 | Rasheedah M Madyun | 13 | 06/04/18 |
| 18-16045 | Cornelius Norwood | 13 | 06/04/18 |
| 18-16051 | Henry L King, Jr | 13 | 06/04/18 |
| 18-16057 | Jamie L Clark | 13 | 06/04/18 |
| 18-16092 | Eliza A Little | 13 | 06/05/18 |
| 18-16138 | Antoinette Hayes | 13 | 06/05/18 |
| 18-16172 | Rochester Searcy, Jr | 13 | 06/06/18 |
| 18-16173 | Tharon Bradley | 13 | 06/06/18 |
| 18-16364 | Jessica Johnson | 13 | 06/07/18 |
| 18-16418 | Ernest K. Faulkner | 13 | 06/08/18 |
| 18-16546 | Hamilton Henson | 13 | 06/09/18 |
| 18-16568 | Alonzo Alfred | 13 | 06/11/18 |
| 18-16572 | William A. Moore | 13 | 06/11/18 |
| 18-16631 | Steven L Miller | 13 | 06/11/18 |
| 18-16701 | Darren D Eichler | 13 | 06/12/18 |
| 18-16761 | Maxine Rogers | 13 | 06/12/18 |
| 18-16811 | Joanne Nicholas | 13 | 06/12/18 |
| 18-16813 | Edward Roldan, Jr | 13 | 06/12/18 |
| 18-16826 | Allison Roach | 13 | 06/13/18 |
| 18-16938 | Rufus Jones | 13 | 06/13/18 |
| 18-17003 | Yvette Moore | 13 | 06/14/18 |

| | | | |
|---|---|---|---|
| 18-17096 | Lamont Harper | 13 | 06/15/18 |
| 18-17097 | Sharon Griffin | 13 | 06/15/18 |
| 18-17156 | Christina M Landeros | 13 | 06/15/18 |
| 18-17172 | Evelyn Jones and Curtis Jones | 13 | 06/15/18 |
| 18-17206 | Brenda V Espino | 13 | 06/15/18 |
| 18-17244 | Demecca Walker | 13 | 06/18/18 |
| 18-17290 | Crashon Edmond | 13 | 06/18/18 |
| 18-17466 | Avivah Evans and Marcus Williams | 13 | 06/19/18 |
| 18-17472 | Terrina Wilder | 13 | 06/20/18 |
| 18-17488 | Deborah A Turner | 13 | 06/20/18 |
| 18-17573 | Shanteya L Harris | 13 | 06/20/18 |
| 18-17587 | Trina Garner Dammons | 13 | 06/20/18 |
| 18-17687 | Raymond Seay, Jr | 13 | 06/21/18 |
| 18-17699 | Kim Berry | 13 | 06/21/18 |
| 18-17708 | Sharron Smith | 13 | 06/21/18 |
| 18-17718 | Carolyn F Brown | 13 | 06/21/18 |
| 18-17868 | Nicole A Velasquez | 13 | 06/23/18 |
| 18-17876 | Barbara Johnson | 13 | 06/23/18 |
| 18-17877 | Juanita Banks | 13 | 06/23/18 |
| 18-18072 | Demetrius I McKennie | 13 | 06/26/18 |
| 18-18164 | Keesha Allen | 13 | 06/27/18 |
| 18-18184 | Johnny Cox | 13 | 06/27/18 |
| 18-18221 | John H Roberts | 13 | 06/27/18 |
| 18-18300 | Ryan M McManus | 13 | 06/27/18 |
| 18-18412 | Jeffery Sharkey | 13 | 06/28/18 |
| 18-18413 | Michael Lewis | 13 | 06/28/18 |
| 18-18414 | Lanesia Thornton | 13 | 06/28/18 |
| 18-18465 | Lashon Smith | 13 | 06/28/18 |

| | | | |
|---|---|---|---|
| 18-18504 | Ursula Owens | 13 | 06/29/18 |
| 18-18680 | Cierracymone Branch | 13 | 06/29/18 |
| 18-18791 | Erica Martin | 13 | 07/02/18 |
| 18-18824 | Joseph L Smith | 13 | 07/03/18 |
| 18-18862 | Sade Primous | 13 | 07/03/18 |
| 18-18958 | Ayanna Watkins | 13 | 07/05/18 |
| 18-19028 | Tisha A Haggard | 13 | 07/06/18 |
| 18-19111 | Doriane L Baker | 13 | 07/06/18 |
| 18-19162 | Bertha Jackson | 7 | 07/09/18 |
| 18-19304 | Anthony Harris | 13 | 07/10/18 |
| 18-19461 | Theda B Polk | 13 | 07/11/18 |
| 18-19500 | Nikita K Cole | 13 | 07/12/18 |
| 18-19502 | Brittaney Backstrom | 13 | 07/12/18 |
| 18-19541 | James Howard | 13 | 07/12/18 |
| 18-19574 | Antranette L Sanford | 13 | 07/12/18 |
| 18-19606 | Leslie Jones | 13 | 07/12/18 |
| 18-19748 | Vince A Whitley | 13 | 07/14/18 |
| 18-19877 | Mauria King-Morris | 13 | 07/16/18 |
| 18-19894 | Draylon Hill | 13 | 07/16/18 |
| 18-19965 | Paul Rayon | 13 | 07/17/18 |
| 18-19992 | Miairah Griffin | 13 | 07/17/18 |
| 18-20028 | Nariah Southern | 13 | 07/17/18 |
| 18-20044 | Melanie Strader | 13 | 07/18/18 |
| 18-20156 | Lakisha M Beasley-Nash | 13 | 07/18/18 |
| 18-20191 | David T Nesbit | 13 | 07/19/18 |
| 18-20268 | Carl E. Dobbins | 13 | 07/19/18 |
| 18-20308 | Alicia Harrison | 13 | 07/20/18 |
| 18-20430 | Gwendolyn F Matthews | 13 | 07/20/18 |