# REQUIRED STATEMENT
# TO ACCOMPANY ALL MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) **Tharon Bradley** Case No. 18-16173 Chapter **13**
All Cases: Name of Moving Creditor **Ally Financial** Date Case Filed **June 6, 2018**

Nature of Relief Sought: ☒ Lift Stay  ☐ Annul Stay  ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing ____ or Date Plan Confirmed __August 28, 2018__

Chapter 7: ☐ No-Asset Report Filed on ____
            ☐ No-Asset Report not Filed, Date of Creditors Meeting ____

1. Collateral
   a. ☐ Home ____
   b. ☒ Car   Year, Make and Model  2012 CADILLAC ESCALADE VIN:1GYS4DEF2CR181243
   c. ☐ Other ____

2. Balance Owed as of Petition Date $ **32,412.46**
   Total of all other Liens against Collateral $ ____

3. Attach a payment history, or list the months post-petition for which full payment from the debtor was not Received: **July 2018 through January 2019**

4. Estimated Value of Collateral (must be supplied in all cases) $**28,075.00**

5. Default
   a. ☐ Pre-Petition Default
       Number of months ____   Amount $ ____
   b. Post-Petition Default
       ☒ On direct payments to the moving creditor
          Number of months **July 2018 through January 2019**   Amount $ **6,914.35, which amount includes attorney fees and costs of $681.00**
       ☐ On payments to the Standing Chapter 13 Trustee
          Number of months ____   Amount $ ____

6. Other Allegations
   a. ☒ Lack of Adequate Protection § 362 (d)(1)
       i.   ☒ No insurance ____
       ii.  ☐ Taxes unpaid ____   Amount $ ____
       iii. ☒ Rapidly depreciating asset ____
       iv.  ☐ Other (describe) ____
   b. ☒ No Equity and not Necessary for an Effective Reorganization § 362 (d)(2)
   c. Other "Cause" § 362 (d)(1)
       i.   ☐ Bad Faith ____
       ii.  ☐ Multiple filings
       iii. ☐ Other (describe) ____
   d. Debtor's Statement of Intention regarding the Collateral
       i. ☐ Reaffirm  ii. ☐ Redeem  iii. ☐ Surrender  iv. ☐ No Statement of Intention Filed

Date:  February 5, 2019                      /s/ James M. Philbrick
(Rev. 6/1/09)                                Counsel for **Ally Financial**