UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-16173 |
| | ) | |
| Tharon Bradley | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING STAY

At Chicago, Illinois, this 12th day of February, 2019, before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, in the said District and Division.
This matter coming on for hearing upon the motion of Ally Financial, to modify the automatic stay of 11 U.S.C. §362; due notice being served on the parties in interest; the Court having jurisdiction and being fully advised in the premises;
NOW, THEREFORE, IT IS HEREBY ORDERED that the automatic stay of 11 U.S.C. §362 be, and hereby is, modified, as to Ally Financial, so as to allow it to take possession of one 2012 CADILLAC ESCALADE, VIN 1GYS4DEF2CR181243, and enforce its rights against the security in accordance with applicable non-bankruptcy law, state law and the agreement dated June 20, 2015.
FURTHER, the Court finds that Federal Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is non-applicable and thus Ally Financial may immediately enforce and implement this Order.

Enter:

Dated: **12 FEB 2019**

United States Bankruptcy Judge

**Prepared by:**
James M. Philbrick
Attorney No. 6244743
Law Offices of James M. Philbrick
P.O. Box 351
Mundelein, Illinois 60060
jamesphilbrick@comcast.net

Rev: 20170105_bko