# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:   Tharon Bradley | ) | Chapter 13 |
| | ) | Case No. 18 B 16173 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

## Notice of Motion

Tharon Bradley
4600 Blarney Dr
Matteson, IL 60443

Debtor Attorney: Semrad Law Firm LLC
via Clerk's ECF noticing procedures

On March 05, 2019 at 10:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 642
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, February 20, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c][6], stating:

On June 06, 2018, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on August 28, 2018, for a term of 60 months with payments of $825.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 8 | $6,500.00 | $4,850.00 | $1,650.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 02/19/2019
Due Each Month: $825.00
Next Pymt Due: 03/06/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 07/09/2018 | 9412420067 | $775.00 | 08/06/2018 | 5134315000 | $775.00 |
| 09/07/2018 | 5214902000 | $825.00 | 10/31/2018 | 5354068000 | $825.00 |
| 12/04/2018 | 5446029000 | $825.00 | 01/04/2019 | 5517620000 | $825.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE