# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In Re:** | |
| **Tharon Bradley** | BK No: 18-16173 |
| | Chapter: 13 |
| **Debtor(s)** | Honorable Judge A. Benjamin Goldgar |

## SUBSTITUTION OF ATTORNEY PURSUANT TO LOCAL RULE 2091-1

Pursuant to Local Rule 2091-1, Rocio Herrera formerly with Noonan & Lieberman, Ltd. agrees that Jill Sidorowicz hereby substitutes in and appears as counsel for BAYVIEW LOAN SERVICING, LLC and Rocio Herrera withdraws her appearance from this case.

| APPEARANCE WITHDRAWN: | SUBSTITUTING AND APPEARING: |
|---|---|
| Rocio Herrera | Jill Sidorowicz |
| formerly Noonan & Lieberman, Ltd. | Noonan & Lieberman, Ltd. |
| 105 West Adams Street, Suite 1800 | 105 West Adams Street, Suite 1800 |
| Chicago, Illinois 60603 | Chicago, Illinois 60603 |
| P: (312) 605-3500 | P: (312) 605-3500 |

By:   /s/ Jill Sidorowicz
      Jill Sidorowicz #6299380
      Noonan & Lieberman, Ltd.
      105 West Adams Street, Suite 1800
      Chicago, Illinois 60603
      P: (312) 605-3500
      jsidorowicz@noonanandlieberman.com

**PLEASE BE ADVISED THAT THIS LAW OFFICE IS DEEMED TO BE A DEBT COLLECTOR AND ANY INFORMATION OBTAINED CAN BE USED FOR THAT PURPOSE.**