**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO 18 B 16173 |
| Tharon Bradley ) | |
| ) | |
| ) | |
| ) | |

**AGREED SUBSTITUTION OF ATTORNEY**

**AGREED NOTICE OF SUBSTITUTION OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL PURSUANT TO LOCAL RULE 2091-1**

PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, Brenda Likavec and Patrick Semrad hereby agree to substitute the appearance of Brenda Likavec for Patrick Semrad and withdraw the appearance of Brenda Likavec for the above case, as follows:

| **COUNSEL APPEARANCE WITHDRAWN:** | **COUNSEL SUBSTITUTING AND APPEARING:** |
|---|---|
| Brenda Likavec | Patrick Semrad |
| The Semrad Law Firm, LLC | The Semrad Law Firm, LLC |
| 20 S Clark 28th Floor | 20 S Clark 28th Floor |
| Chicago IL 60603 | Chicago IL 60603 |

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE.\*\***

AGREED TO BY BOTH PARTIES:

/s/ Brenda Likavec                                              /s/ Patrick Semrad

RESPECTFULLY SUBMITTED
/s/ Patrick Semrad
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago IL 60603
312-913-0625