**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS TO MODIFY STAY**

All Cases: Debtor(s)  Tharon Bradley              Case No. 18-16173        Chapter  13

All Cases: Moving Creditor  U.S. Bank National Association, as     Date Case Filed  June 6, 2018
Trustee for HarborView Mortgage Loan Trust 2006-4, Mortgage
Loan Pass-Through Certificates, Series 2006-4

Nature of Relief Sought: ☒ Lift Stay      ☐ Annul Stay      ☒ Other (describe) Dismissal

Chapter 13: Date of Confirmation Hearing _____      or Date Plan Confirmed  August 28, 2018

1. Collateral
   a. Home  4600 Blarney Drive, Matteson, IL 60443
   b. Car Year, Make and Model _____
   c. Other (describe) _____

2. Balance owed as of September 6, 2019 is $ 524,739.07
   Total of all other liens including collateral $0.00

3. In chapter 13 cases, attach a payment history listing the amount and dates of all payments received from the debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in **all** cases)  $ 318,350.00

5. Default
   a. Pre-Petition Default
      Number of months ____  Amount $_____

   b. Post-Petition Default
      i. On direct payments to the moving creditor
         Number of months  2   Amount  $2,960.33 plus attorney fees and costs incurred in connection with this motion
      ii. On payments to the Standing Chapter 13 Trustee
         Number of months ____  Amount $_____

6. Other Allegations
   a. Lack of Adequate Protection § 362 (d) (1)
      i. No Insurance _____
      ii. Taxes Unpaid _____  Amount $_____
      iii. Rapidly depreciating asset _____
      iv. Other (describe) _____

   b. No Equity and not Necessary for an Effective Reorganization § 362 (d) (2) _____

   c. Other "Cause" § 362 (d) (1) _____
      i. Bad Faith (describe) _____
      ii. Multiple filings _____
      iii. Other (describe) _____

   d. Debtor's Statement of Intention regarding the collateral
      i.   ☐ Reaffirm           ii.  ☐ Redeem
      iii. ☐ Surrender          iv.  ☒ No Statement of Intention Filed

   Date:  September 16, 2019                    /s/ Michael N. Burke
                                                Counsel for Movant