UNOFFICIAL COPY

Doc#: 1008929079 Fee: $38.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 03/30/2010 02:50 PM Pg: 1 of 2

Name: Bradley

**Assignment of
Real Estate Mortgage**

    For good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ACTING SOLELY AS A NOMINEE FOR COUNTRYWIDE HOME LOANS, INC., previously sold, assigned and transferred to U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR HARBORVIEW 2006-4 TRUST FUND, its successors and assigns, all right, title and interest in and to a certain mortgage executed by THARON BRADLEY and APRIL BRADLEY to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ACTING SOLELY AS A NOMINEE FOR COUNTRYWIDE HOME LOANS, INC., dated March 20, 2006, and recorded on March 31, 2006 as document no. 0609041064 in the Office of the COOK COUNTY RECORDER OF DEEDS, in the State of Illinois, conveying:

    LOT 83 IN BUTTERFIELD PLACE UNIT THREE, BEING A SUBDIVISION OF PART OF THE WEST ½ OF THE NORTHWEST ¼ AND PART OF THE NORTHWEST ¼ OF THE SOUTHWEST ¼ OF SECTION 15, TOWNSHIP 35 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

    Commonly known as: 4600 Blarney Dr., Matteson, Illinois 60443
    Permanent Index No: 31-15-314-020-0000

    Together with said Note therein described and the money due, or to become due thereon, with interest, subject to the provisions of the said mortgage.

    IN WITNESS WHEREOF, the undersigned on March 30, 2010, has caused this instrument to be executed by its Authorized Signator and its Corporate Seal to be hereunto affixed.

UNOFFICIAL COPY

1008929079 Page: 2 of 2

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

_____
Authorized Signator

STATE OF ILLINOIS )
                 SS)
COUNTY OF COOK   )

I, _Sarah Golak_, a Notary Public in and for the County and state aforesaid, DO HEREBY CERTIFY THAT JAMES NOONAN personally known to me to be the Authorized Signatory of the corporation that executed the within and foregoing instrument to be free and voluntary act and deed of said corporation, for the uses and purposes therein mention, and on oath stated that he was authorized to execute said instrument.

Witness my hand and notarial seal on
30th day of March 2010

_____
Notary Public in and for said State
My commission expires on _____

OFFICIAL SEAL
SARAH GOLAK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-21-2013

Prepared by and mail to:
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois 60603

UNOFFICIAL COPY

Doc#: 1130829068 Fee: $38.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 11/04/2011 02:27 PM Pg: 1 of 2

Name: Bradley

**Assignment of
Real Estate Mortgage**

    For good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, the undersigned, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR HARBORVIEW 2006-4 TRUST FUND, previously sold, assigned and transferred to BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP, its successors and assigns, all right, title and interest in and to a certain mortgage executed by THARON BRADLEY and APRIL BRADLEY to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ACTING SOLELY AS A NOMINEE FOR COUNTRYWIDE HOME LOANS, INC., dated March 20, 2006, and recorded on March 31, 2006 as document no. 0609041064 in the Office of the COOK COUNTY RECORDER OF DEEDS, in the State of Illinois, conveying:

    LOT 83 IN BUTTERFIELD PLACE UNIT THREE, BEING A SUBDIVISION OF PART OF THE WEST ½ OF THE NORTHWEST ¼ AND PART OF THE NORTHWEST ¼ OF THE SOUTHWEST ¼ OF SECTION 15, TOWNSHIP 35 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

    Commonly known as: 4600 Blarney Dr., Matteson, Illinois 60443
    Permanent Index No: 31-15-314-020-0000

    Together with said Note therein described and the money due, or to become due thereon, with interest, subject to the provisions of the said mortgage.

UNOFFICIAL COPY                                    1130829068 Page: 2 of 2

IN WITNESS WHEREOF, the undersigned on _October 81 2011_, has caused this instrument to be executed by _Oleg Shterel_, its _Assistant Vice President (AVP)_, and attested by _Ulysses Singleton_, its _AVP_ _____, and its Corporate Seal to be hereunto affixed.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR HARBORVIEW 2006-4 TRUST FUND, _By Bank of America N.A (BANA), Attorney in fact_

By: _____   Attest: _____
   _Oleg Shterel_                          _Ulysses Singleton_
Title: _AVP_                        Title: _AVP_


STATE OF _TEXAS_     )
                     SS.)
COUNTY OF _DALLAS_   )

I, _Maxine P. Luster_, a Notary Public in and for the County and state aforesaid, DO HEREBY CERTIFY THAT _Oleg Shterel, AVP_ and _Ulysses Singleton, AVP_ Of _BANA_ personally known to me to be the same persons whose names are subscribed in the foregoing instrument as their free and voluntary act for the uses and purposes therein set forth; and that the seal affixed to the foregoing instrument is the corporate seal of said corporation and that said instrument was signed and sealed on behalf of said corporation by the authority of its Board of Directors.

Witness my hand and notarial seal on
_31st_ day of _October_, 2011

_____
Notary Public in and for said State
My commission expires on _1/23/2014_
_Maxine P. Luster_

Prepared by and mail to:
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 1100
Chicago, Illinois 60603

MAXINE P. LUSTER
Notary Public
State of Texas
My Comm. Exp. 01-23-2014

UNOFFICIAL COPY

Recording Requested By:
Bank of America, N.A.
Prepared By: Gevorg Grigoryants
101 S. Marengo Ave.
Pasadena, CA 91101
800-444-4302

When recorded mail to:
CoreLogic
Mail Stop: ASGN
1 CoreLogic Drive
Westlake, TX 76262-9823

Property Address:
4600 Blarney Dr
Matteson, IL 60443-1888



Doc#: 1332619066 Fee: $40.00
RHSP Fee:$9.00 RPRF Fee: $1.00
Karen A. Yarbrough
Cook County Recorder of Deeds
Date: 11/22/2013 11:39 AM Pg: 1 of 2

This space for Recorder's use

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063** does hereby grant, sell, assign, transfer and convey unto **NATIONSTAR MORTGAGE, LLC** whose address is **350 HIGHLAND DRIVE, LEWISVILLE, TX 75067** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

Original Lender:   **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE HOME LOANS, INC.**
Borrower(s):   **THARON BRADLEY**
Date of Mortgage: **3/20/2006**   Original Loan Amount: **$399,900.00**
Recorded in Cook County, IL on: 3/31/2006, book N/A, page N/A and instrument number 0609041064

Property Legal Description:
LOT 83 IN BUTTERFIELD PLACE UNIT THREE, BEING A SUBDIVISION OF PART OF THE WEST 1/2 OF THE NORTHWEST 1/4 AND PART OF THE NORTHWEST 1/4 OF THE SOUTHWEST 1/4 OF SECTION 15, TOWNSHIP 35 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on
OCT 16 2013

Bank of America, N.A.

By: _____
Deanna Lara
Assistant Vice President

S ___
P ___
S ___
M ___
SC ___
E ___
NT ___

State of California
County of Los Angeles

On OCT 16 2013 before me, _____Evette Ohanian_____, Notary Public, personally appeared _____Deanna Lara_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: _____Evette Ohanian_____        (Seal)  
My Commission Expires: DEC 27 2015

EVETTE OHANIAN
COMM. 1961990
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Dec. 27, 2015

Doc#. 1734046236 Fee: $52.00
Karen A.Yarbrough
Cook County Recorder of Deeds
Date: 12/06/2017 11:14 AM Pg: 1 of 3

_____ space reserved for recording information _____

# RECORDING COVER SHEET FOR ASSIGNMENT OF MORTGAGE

Re:   17-083858, Tharon Bradley and April Bradley, 4600 Blarney Drive, Matteson, IL 60443

Mail To:
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015

Recording Requested By:
NATIONSTAR MORTGAGE DBA MR. COOPER

When Recorded Return To:

DOCUMENT ADMINISTRATION
NATIONSTAR MORTGAGE DBA MR. COOPER
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

### CORPORATE ASSIGNMENT OF MORTGAGE

"BRADLEY"

Date of Assignment: November 21st, 2017
Assignor: NATIONSTAR MORTGAGE LLC at 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019
Assignee: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-4, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-4 at 425 WALNUT STREET, CINCINNATI, OH 45202

Executed By: THARON BRADLEY To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE HOME LOANS, INC.
Date of Mortgage: 03/20/2006 Recorded: 03/31/2006 as Instrument No.: 0609041064 In the County of Cook, State of Illinois.

Assessor's/Tax ID No. 31-15-314-020-0000

Property Address: 4600 BLARNEY DR, MATTESON, IL 60443-1888

Legal: LOT 83 IN BUTTERFIELD PLACE UNIT THREE, BEING A SUBDIVISION OF PART OF THE WEST 1/2 OF THE NORTHWEST 1/4, AND PART OF THE NORTHWEST 1/4 OF THE SOUTHWEST 1/4 OF SECTION 15, TOWNSHIP 35 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $399,900.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

   TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

NATIONSTAR MORTGAGE LLC
On November 21st, 2017

By: _____
DANIELA HORVATH, Vice-President

STATE OF Texas
COUNTY OF Dallas

On November 21st, 2017, before me, COLLEEN BARNETT, a Notary Public in and for Dallas in the State of Texas, personally appeared DANIELA HORVATH, Vice-President, personally known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
COLLEEN BARNETT
Notary Expires: 11/30/2019 #130453613

COLLEEN BARNETT
Notary Public, State of Texas
Comm. Expires 11-30-2019
Notary ID 130453613

(This area for notarial seal)

Prepared By:
Bernardo Hernandez, NATIONSTAR MORTGAGE DBA MR. COOPER 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019
1-888-480-2432