## Motion For Relief Information
### Post-Petition Ledger

| Filed By: | Tharon Bradley 0 | Payment Changes | | | | |
|---|---|---|---|---|---|---|
| | | From Date | To Date | Total Amount | P&I Total | Interest Rate Change |
| Case Number: | 18-16173 | | | | | |
| Filing Date: | 06/06/18 | | | | | |
| Payments in PO | $17,715.88 | | | | | |
| 1st Post Due Date | 07/01/18 | | | | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments | Applied (P&I and ...) | Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | | | | | $ - | $ - |
| | | | | $ - | | | | | $ - | $ - |
| | | | | $ - | | | | | $ - | $ - |
| | | | | $ - | | | | | $ - | $ - |
| 07/05/18 | $2,604.57 | 07/01/18 | $ 2,604.57 | $ 0.00 | | | | | $ 2,604.57 | $ 2,604.57 |
| 08/08/18 | $2,604.57 | 08/01/18 | $ 2,604.57 | $ 0.00 | | | | | $ 2,604.57 | $ 5,209.14 |
| 08/08/18 | | | | $ 0.00 | | $2,761.55 | | | $ (2,761.55) | $ 2,447.59 |
| 09/11/18 | $2,604.57 | 09/01/18 | $ 2,604.57 | $ 0.00 | | | | | $ 2,604.57 | $ 5,052.16 |
| 09/12/18 | | | | $ 0.00 | | $2,761.55 | | | $ (2,761.55) | $ 2,290.61 |
| 10/31/18 | $2,604.57 | 10/01/18 | $ 2,604.57 | $ 0.00 | | | | | $ 2,604.57 | $ 4,895.18 |
| 11/01/18 | | | | $ 0.00 | | $2,761.55 | | | $ (2,761.55) | $ 2,133.63 |
| 12/03/18 | $2,604.57 | 11/01/18 | $ 2,604.57 | $ 0.00 | | | | | $ 2,604.57 | $ 4,738.20 |
| 12/04/18 | | | | $ 0.00 | | $2,761.55 | | | $ (2,761.55) | $ 1,976.65 |
| 01/02/19 | $2,604.57 | 12/01/18 | $ 2,604.57 | $ 0.00 | | | | | $ 2,604.57 | $ 4,581.22 |
| 01/10/19 | | | | $ 0.00 | | $2,761.55 | | | $ (2,761.55) | $ 1,819.67 |
| 02/05/19 | $2,604.57 | 01/01/19 | $ 2,604.57 | $ 0.00 | | | | | $ 2,604.57 | $ 4,424.24 |
| 02/06/19 | | | | $ 0.00 | | $2,761.55 | | | $ (2,761.55) | $ 1,662.69 |
| 02/19/19 | | | | $ 0.00 | | | | | $ - | $ 1,662.69 |
| 03/04/19 | $2,604.57 | 02/01/19 | $ 2,604.57 | $ 0.00 | | | | | $ 2,604.57 | $ 4,267.26 |
| 04/01/19 | $2,761.55 | 03/01/19 | $ 2,604.57 | $ 156.98 | | | | | $ 2,761.55 | $ 7,028.81 |
| 04/02/19 | | | | $ 156.98 | | $3,178.48 | | | $ (3,178.48) | $ 3,850.33 |
| 05/03/19 | $2,604.57 | 04/01/19 | $ 2,604.57 | $ 156.98 | | | | | $ 2,604.57 | $ 6,454.90 |
| 05/06/19 | | | | $ 156.98 | | $3,178.48 | | | $ (3,178.48) | $ 3,276.42 |
| 06/19/19 | $2,604.57 | 05/01/19 | $ 2,604.57 | $ 156.98 | | | | | $ 2,604.57 | $ 5,880.99 |
| 06/20/19 | | | | $ 156.98 | | $3,178.48 | | | $ (3,178.48) | $ 2,702.51 |
| 06/25/19 | | | | $ 156.98 | | $3,178.48 | | | $ (3,178.48) | $ (475.97) |
| 07/08/19 | $2,604.59 | 06/01/19 | $ 2,604.57 | $ 157.00 | | | | | $ 2,604.59 | $ 2,128.62 |
| 07/08/19 | $2,604.57 | | | $ 2,761.57 | | | | | $ 2,604.57 | $ 4,733.19 |
| 07/09/19 | | | | $ 2,761.57 | | $3,178.48 | | | $ (3,178.48) | $ 1,554.71 |
| 09/03/19 | $2,860.95 | 07/01/19 | $ 2,860.95 | $ 2,761.57 | PCN | | | | $ 2,860.95 | $ 4,415.66 |
| 09/04/19 | | | | $ 2,761.57 | | $3,178.48 | | | $ (3,178.48) | $ 1,237.18 |
| | | | | $ 2,761.57 | | | | | $ - | $ 1,237.18 |
| | | | | $ 2,761.57 | | | | | $ - | $ 1,237.18 |
| | | | | $ 2,761.57 | | | | | $ - | $ 1,237.18 |
| | | | | $ 2,761.57 | | | | | $ - | $ 1,237.18 |
| | | | | $ 2,761.57 | | | | | $ - | $ 1,237.18 |
| | | | | $ 2,761.57 | | | | | $ - | $ 1,237.18 |