**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION A**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| THARON BRADLEY, | |
| | CASE NO. 18-16173 |
| DEBTOR | JUDGE: A. Benjamin Goldgar, |

## **NOTICE OF MOTION**

**Notified via Electronic Filing**
U.S. Trustee, 219 S Dearborn St, Room 873, Chicago, IL 60604
Marilyn Marshall, 224 South Michigan, Ste 800, Chicago, IL 60604
Patrick Semrad, The Semrad Law Firm, LLC, 20 S Clark St, 28th Floor, Chicago, IL 60603
**Notified via US Postal Service**
Tharon Bradley, 4600 Blarney Dr, Matteson, IL 60443

Please take notice that on September 28, 2021 at the hour of 1:30 p.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge A. Benjamin Goldgar, or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion. At that time and place you may attend if you so choose.

**This motion will be presented and heard electronically using Zoom for Government.**
No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 319 7225 and the password is 584922. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that he/she caused a true and correct copy of the above and foregoing document to be served upon the following on 9/14/21

      Respectfully Submitted,

      /s/ Michael N. Burke
Richard B. Aronow  3123969
Michael N. Burke  6291435
Michael Kalkowski  6185654
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
21-095010

**Notified via Electronic Filing**

U.S. Trustee, 219 S Dearborn St, Room 873, Chicago, IL 60604
Marilyn Marshall, 224 South Michigan, Ste 800, Chicago, IL 60604
Patrick Semrad, The Semrad Law Firm, LLC, 20 S Clark St, 28th Floor, Chicago, IL 60603

**Notified via US Postal Service**

Tharon Bradley, 4600 Blarney Dr, Matteson, IL 60443

**The firm of LOGS Legal Group LLP is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION A

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| THARON BRADLEY, | |
| | CASE NO. 18-16173 |
| DEBTOR | JUDGE: A. Benjamin Goldgar, |

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR IN THE ALTERNATIVE DISMISSAL OF THE CASE

NOW COMES the Movant, U.S. Bank National Association, as Trustee for HarborView Mortgage Loan Trust 2006-4, Mortgage Loan Pass-Through Certificates, Series 2006-4, by and through its attorneys, LOGS Legal Group LLP, and states as follows:

1. On June 6, 2018, the above-named Debtor filed a Petition pursuant to 11 USC § 1301, et. seq. and a Plan which was confirmed on August 28, 2018.

2. A material term of said plan called for the Debtor to make post-petition monthly mortgage payments directly to the Movant commencing with the installment that came due on July 1, 2018.

3. Notwithstanding said material term, said post-petition mortgage payments are in default in the amount of $38,263.05 through September 30, 2021:

| | | |
|---|---|---:|
| 8/1/2020 - 1/1/2021 monthly payments at $2,860.95 each | = $ | 17,165.70 |
| 2/1/2021 - 9/1/2021 monthly payments at $2,704.69 each | = $ | 21,637.52 |
| Suspense balance | = $ | (1,778.17) |
| Bankruptcy MFR court cost | = $ | 188.00 |
| Bankruptcy Attorneys' fees | = $ | 1,050.00 |
| TOTAL | = $ | 38,263.05 |

4.	By failing to make current mortgage payments, the Debtor had failed to provide the Movant with adequate protection for its security, contrary to the requirements of the Bankruptcy Code.

5.	Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

6.	That the Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

7.	This failure constitutes a material default entitling Movant to relief pursuant to 11 U.S.C. §362(d).

8.	For the reasons set forth above, it would be inequitable to delay the enforcement of any order modifying the automatic stay with respect to the Movant.

WHEREFORE, U.S. Bank National Association, as Trustee for HarborView Mortgage Loan Trust 2006-4, Mortgage Loan Pass-Through Certificates, Series 2006-4, moves this Honorable Court to modify the automatic stay to allow U.S. Bank National Association, as Trustee for HarborView Mortgage Loan Trust 2006-4, Mortgage Loan Pass-Through Certificates, Series 2006-4 to foreclose the mortgage or, in its sole discretion, to accept a short sale or deed in lieu of foreclosure on the property located at: 4600 Blarney Dr, Matteson, IL 60443; that the unpaid portion of any proof of claim or stipulation calling for payment of the debt secured by that mortgage be withdrawn for purposes of these proceedings only and that Federal Bankruptcy Rule 4001(a)(3) be waived or dismiss the case.

Respectfully submitted,

 /s/ Michael N. Burke
Attorney for U.S. Bank National Association, as Trustee
for HarborView Mortgage Loan Trust 2006-4, Mortgage
Loan Pass-Through Certificates, Series 2006-4

Richard B. Aronow  3123969
Michael N. Burke  6291435
Michael Kalkowski  6185654
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
21-095010

**The firm of LOGS Legal Group LLP is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**