**REQUIRED STATEMENT TO ACCOMPANY**
**ALL MOTIONS TO MODIFY STAY**

All Cases: Debtor(s)  Tharon Bradley          Case No. 18-16173          Chapter  13

All Cases: Moving Creditor  U.S. Bank National Association, as    Date Case Filed  June 6, 2018
Trustee for HarborView Mortgage Loan Trust 2006-4, Mortgage
Loan Pass-Through Certificates, Series 2006-4

Nature of Relief Sought: ☒ Lift Stay     ☐ Annul Stay     ☒ Other (describe) Dismissal

Chapter 13: Date of Confirmation Hearing _____   or Date Plan Confirmed  August 28, 2018

1. Collateral
   a. Home  4600 Blarney Dr, Matteson, IL 60443
   b. Car Year, Make and Model _____
   c. Other (describe) _____

2. Balance owed as of September 3, 2021  $516,421.62
   Total of all other liens including collateral $ 0.00

3. In chapter 13 cases, attach a payment history listing the amount and dates of all payments received from the debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in *all* cases)  $ 318,350.00

5. Default
   a. Pre-Petition Default
      Number of months ___   Amount $

   b. Post-Petition Default
      i. On direct payments to the moving creditor
         Number of months  14   Amount  $37,025.05 plus attorney fees and costs incurred in connection with this motion

      ii. On payments to the Standing Chapter 13 Trustee
          Number of months _____   Amount $_____

6. Other Allegations
   a. Lack of Adequate Protection § 362 (d) (1)
      i. No Insurance _____
      ii. Taxes Unpaid _____   Amount $_____
      iii. Rapidly depreciating asset _____
      iv. Other (describe) _____

   b. No Equity and not Necessary for an Effective Reorganization § 362 (d) (2) _____

   c. Other "Cause" § 362 (d) (1) _____
      i. Bad Faith (describe) _____
      ii. Multiple filings _____
      iii Other (describe) _____

   d. Debtor's Statement of Intention regarding the collateral
      i.   ☐ Reaffirm              ii.  ☐ Redeem
      iii. ☐ Surrender             iv.  ☐ No Statement of Intention Filed

   Date:  September 14, 2021                    /s/ Michael N. Burke_____
                                                Counsel for Movant