**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 18 B 16173 |
| Tharon Bradley | ) | HON. A. Benjamin Goldgar |
| | ) | Chapter 13 |
| DEBTOR. | ) | |

**NOTICE OF OBJECTION**

To: Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, via electronic court notification;

Please take notice Tharon Bradley, Debtor, by and through Debtor's attorneys, The Semrad Law Firm, LLC, objects to the Motion for Relief of Stay as to 4600 Blarney Drive Matteson, Illinois 60443 at docket entry number 60.

**PROOF OF SERVICE**

The undersigned, an attorney certifies that he sent a copy of this notice on September 23, 2021, to the above-mentioned Chapter 13 Trustee via electronic court notification, the creditors listed above via regular U.S. Mail, postage prepaid, from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

/s/ *Jessica Boone*
Attorney for Debtors

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625