# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 18 B 16173 |
| Tharon Bradley | ) HON. A. Benjamin Goldgar |
| | ) Chapter 13 |
| DEBTOR. | ) |

## NOTICE OF OBJECTION

To:   Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, via electronic court notification;

Please take notice that Tharon Bradley, Debtor, by and through Debtor's attorneys, The Semrad Law Firm, LLC, objects to the Motion to Dismiss Debtor for Failure to Make Plan Payments, at docket entry number 68.

## PROOF OF SERVICE

The undersigned, an attorney certifies that he sent a copy of this notice on January 14, 2022, to the above-mentioned Chapter 13 Trustee via electronic court notification, the creditors listed above via regular U.S. Mail, postage prepaid, from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

/s/ *Jessica Boone*
Attorney for Debtors

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625