**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION A**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| THARON BRADLEY, | NO. 18-16173 |
| DEBTOR | JUDGE: A. Benjamin Goldgar, |

**NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR IN THE ALTERNATIVE DISMISSAL OF THE CASE AS TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-4, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-4**

**Notified via Electronic Filing**
U.S. Trustee , 219 S Dearborn St, Room 873, Chicago, IL 60604
Marilyn O. Marshall, 224 South Michigan, Ste 800, Chicago, IL 60604
Patrick Semrad, The Semrad Law Firm, LLC, 20 S Clark St, 28th Floor, Chicago, IL 60603

**Notified via US Postal Service**
Tharon Bradley, 4600 Blarney Dr, Matteson, IL 604

PLEASE TAKE NOTICE that the Motion for Relief from the Automatic Stay or in the Alternative Dismissal of the Case, filed September 14, 2021, Doc. 60, is hereby withdrawn.

**NOTICE OF FILING**

This Notice and the documents referred to therein were sent for filing with the Clerk of the United States Bankruptcy Court.

**AFFIDAVIT OF SERVICE**

The undersigned hereby certifies that he/she caused a true and correct copy of the above and foregoing document to be sent to the Debtor at the address listed below. Said copy was placed in an envelope addressed as listed below and placed in the U.S. Mail on 2/25/22 with first class postage prepaid. All other parties entitled to notice received such notice electronically, through the office of the Clerk of the Court.

   /s/ Michael N. Burke
Richard B. Aronow  3123969
Michael N. Burke  6291435
Michael Kalkowski  6185654
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
21-095010

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**