# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18-16173 |
| Tharon Bradley ) | Honorable Judge |
| ) | A. Benjamin Goldgar |
| ) | Chapter 13 |
| DEBTOR ) | |

## NOTICE OF OBJECTION

To: Chapter 13 Trustee, Marilyn O Marshall, 224 S. Michigan Ave. Suite 800, Chicago, IL 60604;

Please take notice that Tharon Bradley by and through Debtor's attorney, The Semrad Law Firm, LLC, objects to the Notice of Motion and Motion to Dismiss Debtor for Failure to Make Plan Payments, at docket entry number 75.

1. Debtor objects to the movant's motion being granted.

## PROOF OF SERVICE

The undersigned, an attorney certifies that he sent a copy of this notice on May 13, 2022, to the above-mentioned Chapter 13 Trustee via electronic court notification.

/s/ *Andrew Carroll*
Attorney for Debtors

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625