Certificate Number: 06531-ILN-DE-037740291

Bankruptcy Case Number: 18-16173



06531-ILN-DE-037740291

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 6, 2023</u>, at <u>1:04</u> o'clock <u>PM CDT</u>, <u>Tharon Bradley</u> completed a course on personal financial management given <u>by telephone</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date:  September 6, 2023

By:  /s/Connie Krosch

Name:  Connie Krosch

Title:  Certified Credit Counselor