Form defdso13

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Tharon Bradley
4600 Blarney Dr
Matteson, IL 60443
SSN: xxx−xx−3180 EIN: N.A.

Case No. : 18−16173
Chapter : 13
Judge : A. Benjamin Goldgar

---

### NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 12/13 CASES
### OF REQUIRED DOCUMENT FOR DISCHARGE

In order to receive a Discharge, you must file the following document.

☑ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at https://www.ilnb.uscourts.gov/forms/all−forms/chapter_13_forms

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: November 7, 2023

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court