Form defdso13

# UNITED STATES BANKRUPTCY COURT
### *Northern District of Illinois*
### *Eastern Division*
### *219 S Dearborn*
### *7th Floor*
### *Chicago, IL 60604*

---

In Re:

Tharon Bradley
4600 Blarney Dr
Matteson, IL 60443
SSN: xxx−xx−3180 EIN: N.A.

Case No. : 18−16173

Chapter : 13

Judge :    A. Benjamin Goldgar

---

## NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 12/13 CASES
## OF REQUIRED DOCUMENT FOR DISCHARGE

In order to receive a Discharge, you must file the following document.

☑ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at https://www.ilnb.uscourts.gov/forms/all−forms/chapter_13_forms

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: November 7, 2023

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re:                                                              Case No. 18-16173-ABG

Tharon Bradley                                                      Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1                     User: admin                          Page 1 of 2

Date Rcvd: Nov 07, 2023                  Form ID: defdso13                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2023:**

**Recip ID**            **Recipient Name and Address**
db              +   Tharon Bradley, 4600 Blarney Dr, Matteson, IL 60443-1888

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2023                   Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2023 at the address(es) listed
below:**

**Name**                    **Email Address**

Andrew B Carroll
                            on behalf of Debtor 1 Tharon Bradley acarroll@semradlaw.com ilnb.courtview@SLFCourtview.com

Dana N O'Brien
                            on behalf of Creditor U.S. Bank National Association  as Trustee for HarborView Mortgage Loan Trust 2006-4, Mortgage Loan
                            Pass-Through Certificates, Series 2006-4 dana.obrien@mccalla.com, NDistrict@mccalla.com,mccallaecf@ecf.courtdrive.com

James M Philbrick
                            on behalf of Creditor Ally Financial Inc. f/k/a GMAC Inc. jamesphilbrick@comcast.net

Jessica A. Boone
                            on behalf of Debtor 1 Tharon Bradley jboone@semradlaw.com ilnb.courtview@SLFCourtview.com

Jill Sidorowicz
                            on behalf of Creditor BAYVIEW LOAN SERVICING  LLC jsidorowicz@noonanandlieberman.com

Kinnera Bhoopal

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr Cooper kinnera.bhoopal@mccalla.com mccallaecf@ecf.courtdrive.com

Marilyn O Marshall

courtdocs@chi13.com

Michael N Burke

on behalf of Creditor U.S. Bank National Association as Trustee for HarborView Mortgage Loan Trust 2006-4, Mortgage Loan Pass-Through Certificates, Series 2006-4 mburke@logs.com, LOGSECF@logs.com

Patrick Semrad

on behalf of Debtor 1 Tharon Bradley psemrad@semradlaw.com ilnb.courtview@SLFCourtview.com

Patrick S Layng

USTPRegion11.ES.ECF@usdoj.gov

Timothy P Mazur

on behalf of Debtor 1 Tharon Bradley tmazur@cookcountytreasurer.com ilnb.courtview@SLFCourtview.com

Toni Townsend

on behalf of Creditor U.S. Bank National Association as Trustee for HarborView Mortgage Loan Trust 2006-4, Mortgage Loan Pass-Through Certificates, Series 2006-4 toni.townsend@mccalla.com, northerndistrict@mccalla.com,mccallaecf@ecf.courtdrive.com

TOTAL: 12