| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Tharon Bradley<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–3180<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Northern District of Illinois | | |
| Case number:   18–16173 | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Tharon Bradley

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

November 14, 2023

**For the court:**   Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Illinois

In re:     Case No. 18-16173-ABG

Tharon Bradley     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0752-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 14, 2023 | Form ID: 3180W | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tharon Bradley, 4600 Blarney Dr, Matteson, IL 60443-1888 |
| 26802365 | + | CREDMGMTCNTL, P.O. BOX 1654, GREEN BAY, WI 54305-1654 |
| 26802370 | + | City of Country Club Hills, PO Box 7690, Carol Stream, IL 60197-7690 |
| 26810158 | | First Premier Bank, Jefferson Capital Systems, c/o Kelly Lukason, Saint Cloud MN 56302 |
| 27112755 | + | Ingalls Hospital, One Ingalls Drive, Harvey, IL 60426-3591 |
| 26810159 | + | Liberty Mutual Insurance Company, 100 Liberty Way, Dover NH 03820-4597 |
| 26802367 | + | Liberty Mutual Insurance Company, PO Box 970, Mishawaka, IN 46546-0970 |
| 26810160 | + | Linebarger Goggan Blair & Sampslson LLP, POB 11861, Miami FL 33101-1861 |
| 26802378 | + | Lisa Grant Orthodontics, 18243 Harwood Ave, Homewood, IL 60430-2149 |
| 26802375 | + | Miami-Dade County Clerk of the Courts, 22 NW First Street, Miami, FL 33128-1847 |
| 26802372 | + | Olympia Fields Municipal, 20040 governers Drive #1, Olympia Fields, IL 60461-1096 |
| 26802377 | + | Pinnacle Pain Management Specialist, 25833 Network Place, Chicago, IL 60673-1258 |
| 26810161 | | RMP LLC, 2350 E Devon, Des Plaines IL 60018 |
| 26810162 | + | Shapiro Kreisman & Associated, 2121 Waukegan Rd, Ste. 301, Bannockbum, IL 60015-1831 |
| 26802379 | + | The Miller Law firm PC, 1051 Perimeter Drive, Suite 400, Schaumburg, IL 60173-5853 |
| 26802380 | + | Thomas Crooks, 70 W Madison St Ste 1950, Chicago, IL 60602-4298 |
| 26989906 | + | U.S. Bank National Association, C/O McCalla Raymer Leibert Pierce, LLC, 1 N Dearborn Ave, Suite 1200, Chicago, IL 60602-4337 |
| 26802374 | + | UChicago Medicine Ingalls Memorial, P.O. Box. 2090, Morrisville, NC 27560-2090 |
| 26810164 | + | Village of Matteson, 4900 Village Commons, Matteson IL 60443-2666 |
| 26802371 | + | Village of Matteson, Po Box 6279, Carol Stream, IL 60197-6279 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: courtnotices@chi13.com | Nov 14 2023 23:02:00 | Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604-2503 |
| 26802359 | + | EDI: GMACFS.COM | Nov 15 2023 03:43:00 | ALLY FINANCIAL, c/o: C T Corporation System, 208 So Lasalle St, Suite 814, Chicago, IL 60604-1101 |
| 26806863 | | EDI: GMACFS.COM | Nov 15 2023 03:43:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 26802364 | + | Email/Text: bankruptcy@usecapital.com | Nov 14 2023 23:03:00 | CAPITAL ACCOUNTS, Po Box 140065, Nashville, TN 37214-0065 |
| 26802362 | + | Email/Text: jmalone@arcmgmt.com | Nov 14 2023 23:03:00 | CAPITALONE, c/o Pollack & Rosen, P.C, 1825 Barrett Lakes Blvd Suite 510, Kennesaw, GA 30144-7519 |
| 26802368 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Nov 14 2023 23:01:00 | City of Chicago - Dept. of Finance, 333 S State Street, Suite 330, Chicago, IL 60604 |
| 26810157 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Nov 14 2023 23:01:00 | City of Chicago Dept. of Finance, POB 88292, Chicago IL 60680 |

Case 18-16173   Doc 85   Filed 11/16/23   Entered 11/16/23 23:19:25   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0752-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 14, 2023 | Form ID: 3180W | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 26810156 | + | EDI: CAPITALONE.COM | Nov 15 2023 03:43:00 | Capital One, POB 30253, Salt Lake City UT 84130-0253 |
| 26867406 | | EDI: CAPITALONE.COM | Nov 15 2023 03:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 26802361 | | EDI: JEFFERSONCAP.COM | Nov 15 2023 03:49:00 | FIRST PREMIER BANK, c/o Jefferson Capital Systems LLC PO Box, c/o Linda Dold, Saint Cloud, MN 56302 |
| 26802369 | + | EDI: PHINHARRIS | Nov 15 2023 03:49:00 | HARRIS & HARRIS LTD, 222 Merchandise Mart Plaza, Suite 1900, Chicago, IL 60654-1421 |
| 26810165 | + | EDI: PHINHARRIS | Nov 15 2023 03:49:00 | Harris & Harris LTD, 111 W Jackson Blvd, S-400, Chicago IL 60604-4135 |
| 26802363 | + | EDI: LCIICSYSTEM | Nov 15 2023 03:43:00 | I C SYSTEM, Po Box 64378, Saint Paul, MN 55164-0378 |
| 26932658 | | EDI: JEFFERSONCAP.COM | Nov 15 2023 03:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 26802376 | + | Email/Text: Chicago-Bankruptcy@lgbs.com | Nov 14 2023 23:02:00 | Linebarger Goggan Blair & Samplson, LLP, 233 S WACKER #4030, Chicago, IL 60606-6379 |
| 26802360 | + | Email/Text: bankruptcy@ncaks.com | Nov 14 2023 23:01:00 | NATIONAL CREDIT ADJUST, 327 W 4TH AVE, HUTCHINSON, KS 67501-4842 |
| 26869044 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 14 2023 23:02:00 | Nationstar Mortgage LLC, Bankruptcy Department, P.O Box 619096, Dallas, TX 75261-9741 |
| 26802366 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 14 2023 23:02:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 26920524 | + | EDI: JEFFERSONCAP.COM | Nov 15 2023 03:49:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 26802373 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Nov 14 2023 23:03:00 | RMP LLC, 1809 N Broadway St, Greensburg, IN 47240-8217 |
| 26810163 | | EDI: USBANKARS.COM | Nov 15 2023 03:43:00 | US Bank NA, c/o Colleen Reyna, POB 5229, Cincinnati OH 45201 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 26802381 | ##+ | Noonan & Lieberman LTD, 105 W. Adams, #1800, Chicago, IL 60603-6235 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Carroll | on behalf of Debtor 1 Tharon Bradley acarroll@semradlaw.com  ilnb.courtview@SLFCourtview.com |
| Dana N O'Brien | on behalf of Creditor U.S. Bank National Association  as Trustee for HarborView Mortgage Loan Trust 2006-4, Mortgage Loan Pass-Through Certificates, Series 2006-4 dana.obrien@mccalla.com, NDistrict@mccalla.com,mccallaecf@ecf.courtdrive.com |
| James M Philbrick | on behalf of Creditor Ally Financial Inc. f/k/a GMAC Inc. jamesphilbrick@comcast.net |
| Jessica A. Boone | on behalf of Debtor 1 Tharon Bradley jboone@semradlaw.com  ilnb.courtview@SLFCourtview.com |
| Jill Sidorowicz | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC jsidorowicz@noonanandlieberman.com |
| Kinnera Bhoopal | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr Cooper kinnera.bhoopal@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Marilyn O Marshall | courtdocs@chi13.com |
| Megan Swenson | on behalf of Debtor 1 Tharon Bradley mswenson@semradlaw.com  ilnb.courtview@SLFCourtview.com |
| Michael N Burke | on behalf of Creditor U.S. Bank National Association  as Trustee for HarborView Mortgage Loan Trust 2006-4, Mortgage Loan Pass-Through Certificates, Series 2006-4 mburke@logs.com, LOGSECF@logs.com |
| Patrick Semrad | on behalf of Debtor 1 Tharon Bradley psemrad@semradlaw.com  ilnb.courtview@SLFCourtview.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Timothy P Mazur | on behalf of Debtor 1 Tharon Bradley tmazur@cookcountytreasurer.com  ilnb.courtview@SLFCourtview.com |
| Toni Townsend | on behalf of Creditor U.S. Bank National Association  as Trustee for HarborView Mortgage Loan Trust 2006-4, Mortgage Loan Pass-Through Certificates, Series 2006-4 toni.townsend@mccalla.com, northerndistrict@mccalla.com,mccallaecf@ecf.courtdrive.com |

TOTAL: 13